NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1003

INTAMIN, LTD.,

Plaintiff-Appellant,

v.

MAGNETAR TECHNOLOGIES CORP.,

Defendant-Appellee.

Appeal from the United States District Court for the Central District of California in case no. 04-CV-0511, Judge Gary A. Feess.

ON MOTION

ORDER

Magnetar Technologies Corp. moves for leave to file a supplemental appendix.

Intamin, Ltd. has not responded.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 1 1 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Ted S. Ward, Esq.
John B. Sganga, Jr., Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 1 2010

JAN HORBALY
CLERK